No. 52838.—Stanley Belting Corp. *v.* United States, protest 48760–K/89977 (Chicago).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

No. 52839.—Fezandie & Sperrle, Inc., et al. *v.* United States, protests 59489–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 52840.—York Street Flax Spinning Co., Inc. *v.* United States, petition 6649–R (Los Angeles).

Opinion by EKWALL, J. When the case was called for hearing there was no appearance on the part of petitioner. An examination of the record disclosing nothing that would warrant the court in granting the petition, the petition was denied.

BEFORE THE FIRST DIVISION, JANUARY 25, 1949

No. 52841.—Adamo Co. et al. *v.* United States, protests 138969–K, etc. (Los Angeles, etc.).

Opinion by COLE, J. The protests were dismissed.

No. 52842.—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 134050–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 25, 1949

No. 52843.—International Hat Company et al. *v.* United States, protests 116122–K, etc. (St. Louis, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.